UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.70.230,<br><br>　　　　Defendant. | Case No.  4:19-cv-08231-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 31 |

　　　On July 1, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

　　　Additionally, the case management conference set for July 14, 2020 is continued to November 10, 2020 at 1:30 p.m. The joint case management statement is due on or before November 3, 2020.

　　　IT IS SO ORDERED.

Dated: July 2, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge